NOTICE

RECEIVED
USDC CLERK, COLUMBIA, SC
2014 DEC 19 PM 2:55

Case No. 3:14-cr-808

1. i, a man, Jeffrey Henry require a Common Law Venue.
2. i, a man, Jeffrey Henry require plaintiff or claimant to appear in court.
3. i, a man, Jeffrey Henry claim wrong of Trespass, require an order for restoration of all property immediately.
4. i, a man, Jeffrey Henry require an order, immediate discharge this case.
5. i, a man, Jeffrey Henry offer remedy to any verify claim.

UCC 1-103.6/308

Jeffrey Henry

i, a man

RECEIVED
USDC CLERK, COLUMBIA, SC
2014 DEC 19 PM 2:56

Notice of Special Appearance: Jeffery El Beneficial Owner 1st Lien Holder of
HENRY, JEFFERY Estate d/b/a JEFFERY HENRY ©®

UNITED STATES DISTRICT COURT
for the District of South Carolina

| | | |
|---|---|---|
| United States of America | § | Case Number: 3:14-808 |
| | § | |
| v. | § | NOTICE OF MOTION AND |
| HENRY, JEFFERY corp. sole. | § | MOTION TO INTERVENE |
| Dba. JEFFERY HENRY | § | |

**NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUE AND MOTION TO INTERVENE**

**TAKE NOTICE THAT** pursuant to the [FRCP Rule 5.1(a)] the defendant listed in the above-styled action will make and application for:

1. Short leave to be granted for the application; and
2. Relief under [24(1) of the FRCP] on the following grounds:
    a. Challenge of the constitutionality of state statues:
        i. Title 18, United States Code, Section 2
        ii. Title 18, United States Code, Section 287
        iii. Title 18, United States Code, Section 1341
        iv. Title 18, United States Code, Section 1343
        v. Title 18, United States Code, Section 1956(h)
        vi. Title 28, United States Code, Section 2461(c)
        vii. Title 18, United States Code, Section 982(a)(2)
        viii. Title 18, United States Code, Section 982(a)(1)
        ix. Title 18, United States Code, Section 981(a)(1)(c)
        x. Title 18, United States Code, Section 1957

**AND TAKE FURTHER NOTICE THAT** the matter is to be argued or set for trial on the____ day of __________, 2014.

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional question are as follows:



Notice of Special Appearance: Jeffery El Beneficial Owner 1st Lien Holder of HENRY, JEFFERY Estate d/b/a JEFFERY HENRY ©®™

3. The offence number are listed in Paragraph (2)(a)(i.)(ii.)(iii.)(iv)(v.)(vi.)(vii.)(viii.)(ix.)(x.);
4. The date of the alleged offense is 25th of November, 2014;
5. The date set for trial is on the th day of , 201 ;

**AND TAKE FURTHER NOTICE THAT** the codes mention above are in violation of:

6. 1868 CONSTITUTION OF THE STATE OF SOUTH CAROLINA (as ratified without subsequent amendments) ARTICLE I. DECLARATION OF RIGHTS. Sec. 21. No bill of attainder, *ex post facto* law, nor any law impairing the obligation of contracts, shall ever be enacted ; and no conviction shall work corruption of blood or forfeiture of estate.

7. 1868 CONSTITUTION OF THE STATE OF SOUTH CAROLINA (as ratified without subsequent amendments) ARTICLE I. DECLARATION OF RIGHTS. Sec. 22. All persons have a right to be secured from unreasonable searches or seizures of their persons, houses, papers or possessions. All warrants shall be supported by oath or affirmation, and the order of the warrant to a civil officer to make search or seizure in suspected places, or to arrest one or more suspected persons, or to seize their property, shall be accompanied with a special designation of the persons or objects of search, arrest or seizure ; and no warrant shall be issued but in the cases and with the formalities prescribed by the laws.

8. 1868 CONSTITUTION OF THE STATE OF SOUTH CAROLINA (as ratified without subsequent amendments) ARTICLE I. DECLARATION OF RIGHTS. Sec. 23. Private property shall not be taken or applied for public use, or for the use of corporations, or for private use, without the consent of the owner or a just compensation being made therefor : *Provided, however,* That laws may be made securing to persons or corporations, and, for works of internal improvement, the right to establish depots, stations, turnouts, etc. ; but a just compensation shall, in all cases, be first made to the owner.

9. The defendant has yet to receive discovery;
10. Substantive Law is in support of defendant's defense.

**AND TAKE FURTHER NOTICE THAT** the grounds for this constitutional question are as follows:

11. That The UNITED STATES DISTRICT COURT comply to [Rule 24(2) of the FRCP];



Notice of Special Appearance: Jeffery El Beneficial Owner 1st Lien Holder of HENRY, JEFFERY Estate d/b/a JEFFERY HENRY ©®™

12. That The UNITED STATES DISTRICT COURT reschedule trial until constitutional challenge is examined;
13. The UNITED STATES DISTRICT COURT delay trail until requirement of the UNITED STATES Attorney General has been properly placed on notice.

December 19, 2014 UCC 1-103.6/308 Jeffery Henry .
[ UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107]

State of SC )

)ss.

County of Richland )

I have hereunto set my hand and seal of office On this, 19 Day of Dec, 2014 Notary Public RCC.

(seal): RICHARD C CRUMPLER JR. NOTARY PUBLIC SOUTH CAROLINA

DECEMBER 19, 2014

TO:
Clerk of Court: Columbia South Carolina
ROBIN BLUME
901 Richland Street
Columbia South Carolina 29150
Telephone: 803-765-5816

Office of the U.S.Attorney General
*Alan Wilson*
1000 Assembly Street
Columbia South Carolina 29201



Notice of Special Appearance: Jeffery El Beneficial Owner 1st Lien Holder of HENRY, JEFFERY Estate d/b/a JEFFERY HENRY ©®™

UNITED STATES DISTRICT COURT
for the District of South Carolina

| | | |
|---|---|---|
| United States of America | § | Case Number: 3:14-808 |
| | § | |
| v. | § | NOTICE OF MOTION AND MOTION TO INTERVENE |
| | § | |
| HENRY JEFFERY corp. sole. Dba. JEFFERY HENRY | § | |

## CERTIFICATE OF SERVICE

I, Jeffery El, living Man for, HENRY, JEFFERY corp. sole dba. JEFFERY HENRY is to certify that I have this day served the U.S. Attorney General with this **Notice of Constitutional Challenge to Statue and Motion to Intervene** by Hand Delivery thereon the ensure delivery to:

Dated this 20th day of December, 2014 Jeffery Henry El

Free name

Jeffery El, registered Owner
of HENRY, JEFFERY corp. sole
Dba JEFFERY HENRY
c/o 24 Bouchet Court
Columbia, South Carolina 29203

RECEIVED USDC CLERK, COLUMBIA, SC
2014 DEC 19 PM 2:55

Case No. 3:14-cr-808

Affidavit of Ownership

STATE S.C.
COUNTY OF Lee

The undersigned Betty Wells, being duly sworn, hereby deposes and says:

*i* DECLARE THAT *i* am a registrant Holder of Superior Claim of Use of Titles "JEFFREY HENRY aka Jeffrey Henry include all derivatives of this names. Pursuant to the Minnesota state Rule 220: " ... *Registrar of* Title~· *shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate. All* states' law shall be uniformed pursuant to the [Federal Constitution Art I: 8: 4}.

Executed this 28 day of November, 20 14

Jeffrey Henry
Jeffrey Henry

NOTARY ACKNOWLEDGEMENTS

STATE S.C. COUNTY OF Lee,

Betty Wells
Notary Public

SEAL

My commission expires Betty Wells Notary Public State of South Carolina My Commission Expires 11-05-2019

15003853-2

# United States of America



## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

I Certify That the document hereunto annexed is under the Seal of the State(s) of South Carolina, and that such Seal(s) is/are entitled to full faith and credit.*

***For the contents of the annexed document,the Department assumes no responsibility***
***This certificate is not valid if it is removed or altered in any way whatsoever***



In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-ninth day of October, 2014.

Secretary of State

By

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

# State of South Carolina

# Office of the Secretary of State

## The Honorable Mark Hammond



*To Whom these Presents Come, Greetings:*

KNOW YE, THAT Catherine Templeton:

whose official signature appears to the Instrument of writing hereto annexed, was, at the time of affixing the same thereto, duly appointed, sworn and commissioned Director and State Registrar, in and for the State of South Carolina, as appears from the records of this Department; that his/her attestation is in due form and that full faith and credit are due to his/her official acts.

WITNESS MY HAND and the Great Seal of the State, at Columbia, this Monday, October 20, 2014.




Mark Hammond

Mark Hammond, Secretary of State

(This Certificate only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued. This certificate is not valid if it is removed or altered in anyway whatsoever.)

Document No. 171784




# BIRTH CERTIFICATION

**STATE FILE NUMBER:** 139-82-015182

**NAME OF REGISTRANT:** *JEFFERY HENRY*

**DATE OF BIRTH:** APRIL 08, 1982

**SEX:** MALE

**PLACE OF BIRTH:** SUMTER, SOUTH CAROLINA

**COUNTY OF BIRTH:** SUMTER

**MOTHER'S MAIDEN NAME:** LINDA MARIE LIGHTY

**MOTHER'S PLACE OF BIRTH:** SOUTH CAROLINA

**FATHER'S NAME:** JEFF HENRY

**FATHER'S PLACE OF BIRTH:** SOUTH CAROLINA

**DATE RECORD FILED:** APRIL 12, 1982

**DATE ISSUED:** SEPTEMBER 26, 2014

**SPECIAL INSTRUCTIONS:**

NA

SC03967005

**This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.**

Catherine Templeton
**Catherine Templeton**
**Director and State Registrar**

Barbara E. Derrick
**Barbara E. Derrick**
**Assistant State Registrar**




**This copy is not valid unless prepared on an engraved border displaying the state seal and issuing agency logo.**

Affidavit of OWnerShip

RECEIVED
USDC CLERK, COLUMBIA, SC
2014 DEC 19 PM 2:55

CASE #:3:14-808

STATE S.C.
COUNTY OF Lee

The undersigned Betty Wells, being duly sworn, hereby deposes and says:

*i* DECLARE THAT *i* am a registrant Holder of Superior Claim of Use of Titles "MALIK ABDUL BEY aka MALIK A. BEY include all derivatives of this names. Pursuant to the Minnesota state Rule 220: " ... *Registrar of* Title~· *shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate. All* states' law shall be uniformed pursuant to the [Federal Constitution Art I: 8: 4}.

Executed this 28 day of November, 20 14

MALIK ABDUL BEY

Malik Abdul Bey

NOTARY ACKNOWLEDGEMENTS

STATE S.C. COUNTY OF Lee,

Betty Wells
Notary Public

SEAL

My commission expires

Betty Wells
Notary Public
State of South Carolina
My Commission Expires 11-05-2019

15003853-4

# United States of America



## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

I Certify That the document hereunto annexed is under the Seal of the State(s) of South Carolina, and that such Seal(s) is/are entitled to full faith and credit.*

****For the contents of the annexed document,the Department assumes no responsiblility***
***This certificate is not valid if it is removed or altered in any way whatsoever***

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-ninth day of October, 2014.

Secretary of State

By

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

# State of South Carolina
# Office of the Secretary of State
## The Honorable Mark Hammond



*To Whom these Presents Come, Greetings:*

KNOW YE, THAT Guang Zhao:

whose official signature appears to the Instrument of writing hereto annexed, was, at the time of affixing the same thereto, duly appointed, sworn and commissioned DHEC, Assistant State Registrar, in and for the State of South Carolina, as appears from the records of this Department; that his/her attestation is in due form and that full faith and credit are due to his/her official acts.

WITNESS MY HAND and the Great Seal of the State, at Columbia, this Monday, October 20, 2014.



Mark Hammond, Secretary of State

(This Certificate only certifies the signature, the capacity of the signer and the seal or stamp it bears. It does not certify the content of the document for which it was issued. This certificate is not valid if it is removed or altered in anyway whatsoever.)

Document No. 171787

STATE OF SOUTH CAROLINA
CERTIFICATION OF VITAL RECORD

## BIRTH CERTIFICATION

AMENDED BY COURT ORDER

**STATE FILE NUMBER :** 139-58-028610

**NAME OF REGISTRANT** : *MALIK ABDUL BEY*

**DATE OF BIRTH** : JUL 17 1958 **SEX** : MALE

**PLACE OF BIRTH** : LEE COUNTY, SOUTH CAROLINA

**FATHER'S NAME** : JEFFORD HENRY

**MOTHER'S MAIDEN NAME** : MARTHA WILLIAMS

**DATE RECORD FILED** : JUL 28 1958

**DATE ISSUED** : FEB 25 2010

**SPECIAL INSTRUCTIONS** :

CHILD'S FIRST NAME AMENDED BY COURT ORDER ON 02/25/2010, CHILD'S MIDDLE NAME AMENDED BY COURT ORDER ON 02/25/2010, CHILD'S LAST NAME AMENDED BY COURT ORDER ON 02/25/2010

SC 00944671

**This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.**

C. Earl Hunter
Commissioner and State Registrar

Guang Zhao
Assistant State Registrar

**This copy is not valid unless prepared on an engraved border displaying the state seal and issuing agency logo.**

Revision Date: 05/01/2008

D H E C
PROMOTE PROTECT PROSPER
South Carolina Department of Health and Environmental Control

