Notice:                                                                                          Date: 3/30/2015

Case# 3:14-Cr-808

I, a man, Jeffrey Henry require (James Hunter May) who acts as Assistant US District Attorney to be removed from the Court of Record, as the man has No firsthand knowledge of the facts to even speak at court.

*Jeffrey Henry a man*

Jeffrey Henry – a man

RECEIVED
USDC CLERK COLUMBIA, SC
2015 MAR 30  PM 3: 58

NOTICE

Jeffrey Henry                                                                          Date: 3/20/2015
C/o 24 Bouchet Court
Columbia, South Carolina

James Hunter May
1441 Main Street Suite 500
Columbia, South Carolina 29201

Regards: Case# 3:14 -Cr- 808

Dear James;

As a man you sometime act as the Assistant US District Attorney; i require a copy of your sworn statement of truth to show cause that you has firsthand knowledge of the facts of the above Case.

                                                                                    Kind Regards

                                                                                    *Jeffrey Henry a man*
                                                                                    Jeffrey Henry – a man

RECEIVED
USDC CLERK COLUMBIA, SC
2015 MAR 30 PM 3: 54

Notice:                                                                                                    Date: 3/30/2015

Case # 3:14-Cr-808

i, a man, Jeffrey Henry claim wrong; [robber]; a man [Perry Stalvey] took [my] property; "See Attach "A" ";  i require immediate restoration of my property; posthaste;

*Jeffrey Henry a man*

Jeffrey Henry– a man

RECEIVED
USDC CLERK, COLUMBIA, SC
2015 MAR 30  PM 3: 59