# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO. 3:14-808

JEFFREY HENRY

## PLEA

The Defendant, JEFFREY HENRY, acknowledges receipt of a copy of the superseding indictment and after arraignment pleads not guilty in open court.

_Entered at the direction of the court_
(Signed)     Defendant

Columbia, South Carolina
May 5, 2015