Case No 3:14-cr-808

## NOTICE

If there's NOT a proper verified claim before this court at this time, I move to Discharge all Charges Against me immediately. And for every Second you interfere with my Right, I will Charge you one Dollar the Clock is ticking, what is your wish?

*Jeffrey Henry*

USDC CLERK COLUMBIA, SC
RECEIVED
2015 MAY -5  AM 10: 1[?]